Aaron Waite, Esq.
Nevada Bar No. 7947
WEINSTEIN & RILEY, P.S.
6785 South Eastern Avenue, Suite 4
Las Vegas, Nevada 89119
Telephone: (844) 640-5411
E-Mail: aaronw@w-legal.com
*Attorneys for Defendant MetLife Home Loans,*
*a Division of MetLife Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE HAGENDORF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; METLIFE HOME LOANS, a Division of METLIFE BANK, N.A.; DOES 1-10; and ROE ENTITIES 11-20,<br><br>Defendants. | CASE NO. 2:16-cv-01488<br><br>**STIPULATION TO EXTEND DEADLINES TO FILE RESPONSES TO COMPLAINT (First Request)** |

Plaintiff WAYNE HAGENDORF, Defendant METLIFE HOME LOANS, a Division of METLIFE BANK, N.A. (hereinafter referred to as "MetLife"), and Defendant NATIONSTAR MORTGAGE, LLC (Nationstar), through counsel, hereby stipulate pursuant to FRCP 6(b), LR 7-1, and LR IA 6-1, and move the Court to order as follows:

1. The deadline for MetLife to answer or otherwise respond to the Complaint in this case shall be extended to and include Friday, July 1, 2016. The deadline is currently June 29, 2016, which is seven days after the Notice of Removal, pursuant to FRCP 81. There were no previous extensions.

2. The deadline for Nationstar to answer or otherwise respond to the Complaint in this case shall be extended to and include Tuesday, July 5, 2016. There were no previous extensions.

The reason for the extension is a courtesy to allow Defendants' counsel additional time to prepare responses to the Complaint.

DATED this 29th day of June, 2016.

WEINSTEIN & RILEY, P.S.

*/s/ Aaron Waite*
Aaron M. Waite, Esq. #7947
6785 South Eastern Avenue, Suite 4
Las Vegas, Nevada 89119
*Attorneys for Defendant MetLife Home Loans, a Division of MetLife Bank, N.A.*

DATED this 29th day of June, 2016.

DEMPSEY, ROBERTS & SMITH, LTD.

*Veronica M. Barisich (w/ permission)*
Kenneth M. Roberts, Esq
Veronica M. Barisich, Esq.
1130 Wigwam Parkway
Henderson, NV 89074
*Attorney for Plaintiff*

* * *
* * *

DATED this 29th day of June, 2016.

AKERMAN LLP

*/s/ Christine Parvan (w/ permission)*
Melanie Morgan, Esq.
Christine Parvan, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant Nationstar Mortgage, LLC*

IT IS SO ORDERED:

George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: 6/30/2016